```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 16600
   HOLLY T NGUYEN
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-2410


---------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/15/06 and confirmed on 02/22/07.

     2.  The case was converted to Chapter 7 after confirmation, 07/05/2007.

     3.  The Debtor paid a total of $   2977.00 .

     4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                           PAID            PAID
---------------------------------------------------------------------------
HSBC MORTGAGE SERVICES   CURRENT MORTG          .00            .00             .00
HSBC MORTGAGE SERVICES   MORTGAGE ARRE          .00            .00             .00
ACADEMY COLLECTION SERVI UNSECURED        NOT FILED            .00             .00
CARD SERVICE CENTER      UNSECURED        NOT FILED            .00             .00
ECAST SETTLEMENT CORPORA UNSECURED          4980.94            .00           64.32
ECAST SETTLEMENT CORPORA UNSECURED          3910.18            .00           50.49
DISCOVER BANK            UNSECURED          6917.61            .00           89.33
JC PENNEY                UNSECURED        NOT FILED            .00             .00
NAFS                     UNSECURED        NOT FILED            .00             .00
RESURGENT CAPITAL SERVIC UNSECURED          4576.78            .00           59.10
          Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00     20385.51           .00      20385.51
PRINCIPAL PAID          .00           .00       263.24           .00        263.24
INTEREST PAID           .00           .00          .00           .00           .00
TOTAL PAID              .00           .00       263.24           .00        263.24
The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3000.00
and was paid $    600.00  direct and $   2400.00  through the plan.

The Trustee received $    106.06 .

Refunds to the Debtor totaled $    207.70 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 10/16/07

/s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 06 B 16600 HOLLY T NGUYEN